UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HESSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-1931 WBS KJN P<br><br>ORDER VACATING DISCOVERY AND SCHEDULING ORDER |

　　　　In light of the Notice of Errata and Amended Answer filed by counsel for defendants Billett, County of Sacramento and Foo, the December 17, 2021 discovery and scheduling order was prematurely issued.  Pursuant to the stipulation filed by counsel for such defendants and counsel for plaintiff, the December 17, 2021 discovery and scheduling order is vacated.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The stipulation to vacate the discovery and scheduling order (ECF No. 14) is granted; and

　　　　2. The December 17, 2021 discovery and scheduling order (ECF No. 11) is vacated.

Dated:  March 4, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hess1931.vac

1