CYNTHIA G. LAWRENCE (SBN 148924)
AMANDA F. BENEDICT (SBN 200291)
SIMS, LAWRENCE & BROGHAMMER
2261 Lava Ridge Court
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
       amanda@sims-law.net

Attorneys for Defendant
STEPHENYE BURNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HESSE, an individual, | Case No. 2:21-CV-01931-WBS-KJN |
| Plaintiff, | **STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE; ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO, a municipal corporation; PHOEBE FOO, in her individual capacity; LYNN BILLET, in her individual capacity; STEPHENYE BURNETT, in her individual capacity; ANDREW HO, in his individual capacity; and SONIA SANGA, in her individual capacity, | Complaint Filed: 10/15/2021<br>Trial Date: Not Set |
| Defendants. | |

Plaintiff MICHAEL HESSE ("Plaintiff") and Defendant STEPHENYE BURNETT ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on October 15, 2021, Plaintiff filed his Complaint in the above-captioned matter with this Court;

WHEREAS, on November 3, 2021, this Court issued a summons requiring Stephenye Burnett to respond to the Complaint;

WHEREAS, on August 12, 2022, Defendant was served with a copy of the Summons and Complaint, triggering her responsive pleading deadline of September 2, 2022; and

WHEREAS Defendant requested that Plaintiff allow her additional time to prepare a more complete response to the Plaintiff's Complaint, to which counsel for the Plaintiff has agreed.

WHEREFORE, the Parties stipulate and agree to the following:

1. The deadline for Defendant Stephenye Burnett to respond to Plaintiff's Complaint is extended from September 2, 2022 until and including September 20, 2022.

SO STIPULATED.

Dated: September 6, 2022                              SIMS, LAWRENCE & BROGHAMMER

                                        By:   /s/ Cynthia G. Lawrence
                                              CYNTHIA G. LAWRENCE
                                              AMANDA F. BENEDICT
                                              Attorneys for Defendant
                                              STEPHENYE BURNETT

Dated: September 1, 2022                              LAW OFFICE OF KELLAN PATTERSON

                                        By:   /S/ Kellan S. Patterson [authorized on 9-1-22]

                                                        KELLAN S. PATTERSON
                                                        Attorney for Plaintiff
                                                        MICHAEL HESSE

## **ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), I, Cynthia F. Lawrence, attest under penalty of perjury that counsel for all signatories have concurred in the filing of this document.

DATED: September 1, 2022                        SIMS, LAWRENCE & BROGHAMMER

                                         By:    */s/ Cynthia G. Lawrence*
                                                      CYNTHIA G. LAWRENCE
                                                        AMANDA F. BENEDICT

                                                        Attorneys for Defendant
                                                        STEPHENYE BURNETT

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  (ECF No. 23.)  The deadline for Defendant Stephenye Burnett to respond to Plaintiff's Complaint is extended from September 2, 2022 until and including September 20, 2022.

Dated:  September 6, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hess1931.stipB