UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HESSE, | No. 2:21-cv-1931 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On August 1, 2022, defendants Stephenye Burnett, Andrew Ho and Sonia Sanga were ordered to show cause as to the status of service of process. On August 30, 2022, summons were returned executed as to those three defendants, and plaintiff filed a response to the order to show cause. Good cause appearing, the order to show cause is discharged, and the time for serving such defendants is extended, nunc pro tunc, through the dates such defendants were served process. Fed. R. Civ. P. 4(m). The undersigned finds that such defendants were timely served. (ECF Nos. 19-21.)

Accordingly, IT IS HEREBY ORDERED that the August 1, 2022 order to show cause (ECF No. 18) is discharged; plaintiff is granted leave to serve such defendants outside of the ninety day period, and the service of process was timely.

Dated: September 7, 2022

/hess1931.osc.dscg

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE