LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Gigi Knudtson, CSB No.: 114993
Nicole M. Cahill, CSB No.: 287165
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: longyear@longyearlaw.com
knudtson@longyearlaw.com
cahill@longyearlaw.com

Attorneys for Defendants,
County of Sacramento, Lynn Billett,
And Phoebe Foo

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HESSE, an individual,<br><br>  Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO, a municipal corporation; PHOEBE FOO, in her individual capacity; LYNN BILLET, in her individual capacity; STEPHENYE BURNETT; in her individual capacity; ANDREW HO, in his individual capacity, and SONIA SANGA, in her individual capacity:<br><br>  Defendants. | Case No.: 2:21-cv-1931 WBS KJN P<br><br>[PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER |

Plaintiff is a former state prisoner, proceeding through counsel. On June 29, 2023, the parties filed a stipulation to modify the court's scheduling order to extend the discovery deadlines. The parties have been attempting to schedule plaintiff's deposition and need additional time to do so. Plaintiff is currently housed in the Yuba County Jail facing federal criminal charges.

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified

only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

The undersigned finds good cause to extend the discovery deadline. In light of such extension, the deadline for filing pretrial motions is also extended.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 29, 2023 stipulation (ECF No. 43) is approved.

2. The July 3, 2023 discovery deadline is extended to September 15, 2023.

3. The pretrial motions deadline is extended to October 6, 2023.

4. All other portions of the Discovery and Scheduling Order (ECF No. 41) remain in full force and effect.

Dated: July 6, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE