## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HESSE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-1931 WBS KJN P<br><br>**[PROPOSED]** ORDER REGARDING THE FILING OF A MOTION FOR SUMMARY JUDGMENT BY DR. SANGA |

Pursuant to the stipulation of the parties (ECF No. 49), the deadline for defendant Sonia Sanga to file a motion for summary judgment is extended to December 10, 2023.

Dated:  November 7, 2023

　　　　　　　　　　　　　　　　　　　　　／s／ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/hess1931.eot

131458683.1

1
ORDER