UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HESSE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No.  2:21-cv-1931 WBS KJN P<br><br><br>ORDER |

    Plaintiff, a former county jail inmate proceeding through counsel, filed a notice of dismissal of defendant Stephenye Burnett pursuant to Rules 41(a) or (c) of the Federal Rules of Civil Procedure.  On November 15, 2023, defendants were ordered to file any objection to such dismissal and were advised that should defendants fail to respond, plaintiff's request would be granted pursuant to Fed. R. Civ. P. 41(a)(2).

    Defendant Sanga filed a notice of no opposition to the dismissal (ECF No. 53); no other defendant responded.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 42) is granted; and

2. Defendant Stephenye Burnett is dismissed from this action.  Fed. R. Civ. P. 41(a)(2).

Dated:  December 20, 2023

/hess1931.59

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE